IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUGHES, et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-4421 |
| | : | |
| GREATER PHILADELPHIA HEALTH ACTION, INC., et al | : | |

## ORDER

**AND NOW**, this 26th day of August 2016, upon consideration of the Plaintiffs' Notice of Voluntary Dismissal (ECF Doc. No. 5), it is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i);

2. Defendants' Motion to Substitute and Dismiss (ECF Doc. No. 3) is **DENIED as moot**; and,

3. The Clerk of Court shall mark this action **CLOSED** for statistical and all other purposes.

KEARNEY, J.